In re Crawford, Caroline A. Bus. Trust; Commercial Nat’l Bk/Shreveport; Atkins, William J. Bus. Trust; Atkins, Ruth K. Bus. Trust; Atkins, Lila L. Trust; Atkins, Gordon E. Trust; Atkins, John Baxter Trust; Atkins, Martha E. Trust; Atkins, Deborah T. Trust; Churchman, Charles R.; Churchman, Patsy Burford; —Defendants); applying for writ of certiorari and/or review; to the Court of Appeal, Third Circuit, No. CA87 1179; Parish of Natchitoches, 10th Judicial District Court, Div. “A”, No. 51933-A.
Prior report: La.App., 538 So.2d 1078.
Denied.